ONE BLOOD, INC./FCCI
INSURANCE GROUP,

    Appellants,

v.

ONE BLOOD, INC./ZENITH
INSURANCE COMPANY
    Appellees.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4063

Opinion filed April 19, 2017.

An appeal from an order of Judge of Compensation Claims.
Wilbur W. Anderson, Judge.

Date of Accident:  March 13, 2012.

Thomas G. Portuallo of Eraclides, Gelman, Hall, Indek, Goodman, Waters & Traverso, Jacksonville, for Appellants.

William H. Rogner, Winter Park, for Appellees.

PER CURIAM.

    AFFIRMED.

ROBERTS, C.J., MAKAR, JAY, JJ., CONCUR.

1